UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACKEY V. ALDERMAN, SR.,

    Plaintiff,

v.                                           Case No: 3:13-cv-246-J-39JRK

THE GEO GROUP, INC. and TERESA
E. HUNT, Individual and Persona
Capacity,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Magistrate Judge's Report and Recommendation (Doc. 11) recommending the instant matter be transferred to the United States District Court for the District of Colorado. Plaintiff has been furnished with a copy of the Report and Recommendation[1] and has been afforded an opportunity to file objections. However, to date, no objections have been filed.

Upon consideration of the Report and Recommendation of the Magistrate Judge, and upon this Court's review of the record, the Court finds that the Report and Recommendation should be adopted. Accordingly, it is

**ORDERED AND ADJUDGED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 11) is adopted and incorporated by reference in this Order.

---

[1] In his response to the Order to Show Cause (Doc. 10), Plaintiff provided an address different from that contained in the Complaint. A document sent to that address was returned as undeliverable. Because the Court was uncertain to which address the R&R was mailed, it directed the Clerk to send a copy of the R&R to the original address provided by Plaintiff. The document was not returned as undelivered.

2. The Clerk is directed to transfer this case to the United States District Court for the District of Colorado and thereafter, to close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 10th day of March, 2014.

_____
BRIAN J. DAVIS
United States District Judge

mh
Copies furnished to:

Honorable James R. Klindt
United States Magistrate Judge

*Pro Se* Plaintiff
P.O. Box 1398
Hilliard, FL 32046