## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00753-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

JACKEY V. ALDERMAN SR.,

    Plaintiff,

v.

THE GEO GROUP INC.,
TERESA E. HUNT, Individual and Personal Capacity,

    Defendants.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

    Plaintiff, Jackey V. Alderman Sr., currently resides in Hilliard, Florida.  Plaintiff originally initiated this action by filing *pro se* a complaint in the United States District Court for the Middle District of Florida.  The Middle District of Florida determined this case more properly is filed in this Court and transferred the action to this Court on March 10, 2014.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted document is deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1) ___ is not submitted
(2) _X_ is not on proper form (must use the Court's current form)
(3) ___ is missing original signature by Plaintiff
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) ___ affidavit is not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or

|     |     | application |
| --- | --- | --- |
| (8) | __  | other: |

**Complaint or Petition**:
(9)  __   is not submitted
(10) X   is not on proper form (must use the court's current form)
(11) __   is missing an original signature by the Plaintiff
(12) __   is incomplete
(13) __   uses et al. instead of listing all parties in caption
(14) __   names in caption do not match names in text of Complaint
(15) __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) __   other:.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved forms used in filing a civil complaint and 28 U.S.C. § 1915 motion and affidavit and a complaint, along with the applicable instructions, at www.cod.uscourts.gov, and use the forms to cure the above noted deficiencies. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED March 15, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge